CR-12 0374

ALB
F.#2010R00741

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

GEORGE HAVERLY,

        Defendant.

- - - - - - - - - - - - - - - - X

Cr. No. _____

WEXLER, J.
BROWN, M.J.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAY 31 2012 ★
LONG ISLAND OFFICE

       Please take notice that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
         May 31, 2012

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        Eastern District of New York

                    By:    _____
                            Allen L. Bode
                            Assistant U.S. Attorney